914

No. 77–515. HOLT CIVIC CLUB ET AL. *v.* CITY OF TUSCA-LOOSA ET AL. Appeal from D. C. N. D. Ala. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 77–920. THOR POWER TOOL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari granted. 

No. 77–922. CHRYSLER CORP. *v.* BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. Certiorari granted. 

 (See also Nos. 77–1072 and 1091, *supra*).

No. 76–5632. OLIVER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–637. REEVE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–661. MOSS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–769. UNITED STEELWORKERS JUSTICE COMMITTEE *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–773. LAMONT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–782. AMERICAN IRON & STEEL INSTITUTE ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 3d Cir. Certiorari denied.

No. 77–783. MORRISON *v.* REED, SECRETARY, DEPARTMENT OF CORRECTION OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 77–795. WEGNER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.